# Order

Michigan Supreme Court
Lansing, Michigan

May 19, 2021

162166

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

    SC: 162166
    COA: 353879
    Oakland CC: 1984-065074-FC

MICHAEL ALBERT KVAM,
    Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the September 3, 2020 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals, which shall hold this case in abeyance pending its decisions in *People v Nye* (Court of Appeals Docket No. 351480) and *People v Terry* (Court of Appeals Docket No. 353663). After *Nye* and *Terry* are decided, the Court of Appeals shall reconsider this case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 19, 2021



Clerk

t0512